IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SQUARE MILE CAPITAL MANAGEMENT LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:12-cv-01101<br>) |
| v. | ) Judge Kevin H. Sharp<br>) Magistrate Judge Bryant |
| SQUARE MILE CAPITAL, LLC, SQUARE MILE PROPERTIES, LLC and CHRIS McCARTY | )<br>)<br>) |
| Defendants. | ) |

## ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Based upon the motion to the Plaintiff, Square Mile Capital Management LLC, the initial case management conference, which is presently set for January 22, 2012 at 9:30a.m, is hereby continued until **February 25**, 2013, at **10:00** a.m./p.m. before Magistrate Judge Bryant, Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, TN.

_____, USMJ
Hon. John S. Bryant

1